UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**AUSTIN CARTER**,
*Individually, and on behalf of*
*others similarly situated,*

    Plaintiff,

v.

**JOE HAAS CONSTRUCTION & AWS, LLC**,
*a Tennessee Limited Liability Company*,

    Defendants.

Case No. 3:20-cv-00409
Judge Richardson/Holmes

FLSA Collective Action
JURY DEMANDED

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates that all claims asserted against Defendant in this lawsuit be dismissed without prejudice.

Respectfully Submitted,

*s/ Robert E. Turner, IV*
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Nathaniel A. Bishop (TN BPR #35944)
**JACKSON, SHIELDS, YEISER, HOLT,**
**OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*rturner@jsyc.com*
*nbishop@jsyc.com*

1

and

Nina H. Parsley (TN BPR # 23818)
**MICHAEL D. PONCE & ASSOCIATES**
Attorneys at Law
400 Professional Park Drive
Goodlettsville, Tennessee 37072
Telephone: (615) 851-1776
Facsimile: (615) 859-7033
nina@poncelaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that this Stipulation of Dismissal was filed electronically on this the 18th day of June, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing and mailed to Defendant at 1090 N. Greenhills Road, Mount Juliet, Tennessee 37122.

    *s/ Robert E. Turner, IV*